# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREEM J. HOWELL,<br><br>        Plaintiff,<br><br>    v.<br><br>KYLE, et al.,<br><br>        Defendants. | Case No. 1:18-cv-01110-EPG (PC)<br><br>ORDER DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(ECF NO. 9) |

On October 15, 2018, Plaintiff filed a notice[1] stating that he voluntarily dismissed this action. (ECF No. 9). In light of the dismissal, this action has been terminated. Fed. R. Civ. P. 41(a)(1)(A)(i); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of Court is DIRECTED to terminate all pending motions and deadlines and close this case.

IT IS SO ORDERED.

    Dated: **October 16, 2018**　　　　　　　/s/ Erica P. Grosjean
    　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

---

[1] Although Plaintiff titled his notice of dismissal as a "Notice of Motion, and Motion to Voluntarily Dismiss Complaint," the Court construes this notice and motion as a notice of dismissal under Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

1