UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREEM J. HOWELL,<br><br>    Plaintiff,<br><br>v.<br><br>KYLE, et al.,<br><br>    Defendants. | Case No. 1:18-cv-01110-EPG (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION TO VACATE ORDER DIRECTING PAYMENT OF INMATE FILING FEE BY THE CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION<br><br>(ECF NO. 13) |

Plaintiff voluntarily dismissed this case on October 15, 2018. (ECF No. 9). On March 25, 2019, Plaintiff filed a motion to vacate the order directing payment of inmate filing fee by the California Department of Corrections and Rehabilitation. (ECF No. 13). Plaintiff argues that the order should be vacated because Defendants were never served and the Court did not screen this case.

Plaintiff's motion will be denied. Under 28 U.S.C. § 1915, "if a prisoner brings a civil action or files an appeal in forma pauperis, the prisoner shall be required to pay the full amount of a filing fee." 28 U.S.C. § 1915(b)(1). As Plaintiff filed this action and was granted in forma pauperis status, he is required to pay the filing fee for this case, regardless of the fact that he later voluntarily dismissed the case.

\\\

\\\

\\\

1

1    Accordingly, IT IS ORDERED that Plaintiff's motion to vacate the order directing
2    payment of inmate filing fee by the California Department of Corrections and Rehabilitation is
3    DENIED.

IT IS SO ORDERED.

Dated:  **March 26, 2019**                    /s/ Erica P. Grosjean
                                              UNITED STATES MAGISTRATE JUDGE